**Order entered September 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00800-CV

### SHIRLEY RUTH ALBERTS, Appellant

### V.

### LOU ANN RICHARDSON, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18153**

## ORDER

We **REINSTATE** this appeal.

We **GRANT** the August 12, 2016 motion of the Dallas County District Clerk for an extension of time to file the clerk's record and extend the time to **OCTOBER 28, 2016**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE